FILED'05 JUL 29 11:27USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BILL O. HUFF,                                          CV 04-6297-JE

        Plaintiff,                                ORDER

v.

JO ANNE B. BARNHART,
Commissioner, Social Security
Administration,

        Defendant.

**ALAN STUART GRAF**
**KIMBERLY K. TUCKER**
Alan Stuart Graf, P.C.
1020 SW Taylor St., Suite 230
Portland, OR 97205
(503) 452-2375

        Attorneys for Plaintiff

**KARIN J. IMMERGUT**
United States Attorney
**CRAIG J. CASEY**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204
(503) 727-1024

1 - ORDER

**LUCILLE G. MEIS**
Office of the General Counsel
**LEISA A. WOLF**
Special Assistant United States Attorney
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 901
Seattle, WA 98104
(206) 615-3621

Attorneys for Defendant

**BROWN, Judge.**

Magistrate Judge John Jelderks issued Findings and Recommendation (#15) on June 24, 2005, in which he recommended this Court affirm the Commissioner's decision. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Hubel's Findings and Recommendation (#15). Accordingly, the Court **AFFIRMS** the Commissioner's decision and **DISMISSES** this action **with prejudice**.

IT IS SO ORDERED.

DATED this 29th day of July, 2005.

_____
ANNA J. BROWN
United States District Judge